WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USA, <br><br>         Plantiff/Respondent, <br><br> v. <br><br> Felipe Sarabia-Labrador, <br><br>         Defendant/Movant. | CV-13-02193-PHX-JAT <br> CR-12-00417-PHX-JAT <br><br> **ORDER** |

Pending before the Court is Movant's Second Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 10). The Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) (Doc. 16) recommending that this Court deny the Motion.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 16) is ACCEPTED and ADOPTED;

**IT IS FURTHER ORDERED** that Movant's Second Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 10) is DENIED WITH PREJUDICE; and the Clerk of the Court shall enter judgment accordingly.

**IT IS FINALLY ORDERED** that pursuant to Rule 11 of the Rules Governing Section 2255 Proceedings, in the event Movant files an appeal, the Court denies issuance of a certificate of appealability because Movant has not made a substantial showing of the denial of a constitutional right.

Dated this 10th day of June, 2015.

_____
James A. Teilborg
Senior United States District Judge